# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DESMOND CHECOTHA JONES,<br><br>    Petitioner,<br><br>    v.<br><br>A. T. OCHOA, Warden,<br><br>    Respondent. | No. ED CV 11-58-JST (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 10.01.11

HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE